IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI | * | |
| Plaintiff | * | |
| | * | Case No. 06cv106 |
| v. | * | |
| HOWARD UNIVERSITY HOSPITAL | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR ADMISSION *PRO HAC VICE***

      I, Douglas W. Desmarais, am a member in good standing of the bar of this Court. My bar number is 423228. I am moving for the admission of Stephen Lebau, Esq. to appear *pro hac vice* in this case as Counsel for Plaintiff Uzochukwuamaka Peace Nnamchi. Mr. Lebau's office address is 606 Baltimore Avenue, Suite 201, Baltimore, Maryland 21204. Mr. Lebau's telephone number is (410) 296-3030.

      We certify that:

1.     Mr. Lebau is a member in good standing of the bars of the following State Courts and/or United States Courts: the State courts of Maryland, the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit.

2.     Mr. Lebau has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

3.     Mr. Lebau has not been admitted *pro hac vice* in this Court within the past two years.

1

4.     Mr. Lebau is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5.     Mr. Lebau understands admission *pro hac vice* is for this case only and does not constitute formal admission to the Bar of this Court.

6.     The undersigned movant is a member of the Bar of this Court in good standing and will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Douglas W. Desmarais (DC Bar #423228) | Stephen Lebau |
| SMITH & DOWNEY, P.A. | Lebau & Neuworth, LLC |
| One West Penn. Ave., Suite 950 | 606 Baltimore Ave., Ste. 201 |
| Baltimore, MD 21204 | Baltimore, MD 21204 |
| (410) 321-9000 – phone | (410) 296-3030 – phone |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** | * | |
| Plaintiff | * | |
| | * | Case No. 06cv106 |
| vi. | * | |
| **HOWARD UNIVERSITY HOSPITAL** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the foregoing Motion for Admission *Pro Hac Vice* of Stephen Lebau, it is this _____ day of February, 2006,

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that Stephen Lebau be admitted *pro hac vice* on behalf of the Plaintiff in the instant matter.

_____
Judge
United States District Court

3