A:O 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Uzochukwuamaka Peace Nnamchi
6801 Goodwin Street
Hyatsville, Maryland 20784

**SUMMONS IN A CIVIL CASE**

V.

Howard University Hospital
2041 Georgia Avenue
Washington, D.C. 20060

CASE NUMBER   1:06CV00106

JUDGE: Gladys Kessler

C/

DECK TYPE: Labor/ERISA (non-employme:

DATE STAMP: 01/17/2006

TO: (Name and address of Defendant)



Howard University Hospital
2041 Georgia Avenue
Washington, D.C. 20060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas W. Desmarais (DC Bar #423228)
SMITH & DOWNEY, P.A.
One West Penn. Ave., Suite 950
Baltimore, Maryland 21204
(410) 321-9000

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JAN 1 7 2006

CLERK                                                                 DATE

_Maureen Kegains_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| *<br>Service of the Summons and complaint was made by me[1] | DATE<br>2/01/06 | TIME<br>11:20 AM |
| NAME OF SERVER *(PRINT)*<br>Vincent A. Piazza | TITLE<br>Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  By serving Natasha T. McKenzie, Senior Associate General Counsel for Health Affiars, authorized to accept.  Service was completed at 2400 6th Street, NW, Suite 321, Washington, DC 20059.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    2/03/06
_____
Date

Signature of Server

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

*Civil Cover Sheet, Appearance, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.