IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI | * | |
| Plaintiff | * | |
| | * | Civil Action: 1:06CV00106 |
| v. | * | Judge Gladys Kessler |
| | * | |
| HOWARD UNIVERSITY HOSPITAL | * | |
| Defendant | * | |

**************************************************************************

## LCvR16.3.(d) REPORT

The parties respectfully submit this Report and proposed Scheduling Order, prior to the conference set for March 16, 2006 at 9:30 a.m., in Courtroom 26A.

1.   Dispositive Motions

Neither party intends to file a dispositive motion prior to discovery.

2.   Joinder, Amended Pleadings

Plaintiff may seek to pursue this matter as a collective action under the Fair Labor Standards Act, 29 U.S.C. § 216, and a class action under Fed. R.Civ. 23 for the wage-hour claims asserted under the D.C. wage-hour laws. D.C. Code Annotated §32-1301 *et seq*.; and D.C. Code Annotated 32-1001 *et seq*.

Defendant will contest and challenge any attempt by Plaintiff to pursue this case as a collective and/or class action.

The proposed scheduling Order attached hereto provides for any briefing necessary for the collective and/or class action issues.

3.   Magistrate

The parties will not consent to a magistrate.

1

4.  Settlement

The parties agree that there is a reasonable possibility of settlement.

5.  ADR/Neutral Assessment

The parties are receptive to ADR and a neutral assessment of the case.

To date, there have been no settlement discussions. Defendant's counsel has only just recently been retained to represent Defendant.

Plaintiff believes that she needs to engage in written discovery before she can engage in any meaningful settlement, ADR and/or neutral assessment process. Plaintiff requires information concerning the hours worked by Plaintiff and other similarly situated employees, Defendant's record-keeping concerning hours worked, and circumstances relating to Plaintiff's termination after asking for overtime pay and pay for all hours worked. Plaintiff would agree and not object to a stay in discovery for ADR after the completion of written discovery and before any depositions.

Defendant agrees **to** the exchange of written discovery and stay of discovery for ADR purposes.

6.  Summary Judgment Proceedings

The parties want to reserve their right to file summary judgment motions during or upon the completion of all discovery.

7.  Rule 26(a)(1) Initial Disclosures

The parties have agreed to request that, since they have agreed to the exchange of written discovery, they be exempted from the initial disclosure requirements of Rule 26(a)(1).

8.   Discovery Plan

The parties agree that this matter should be designated as a complex case for discovery purposes.

The parties propose that there be a 90-day period for written discovery, with ADR and a neutral assessment to occur thereafter. If the matter did not resolve then, the parties would agree to formulate a schedule for additional discovery and a briefing schedule all pre-trial items.

9.   Rule 26(a)(2) - Experts

The parties do not request nor seek any modifications to this Rule. The parties will not know if they will need to designate an expert until after there is meaningful discovery.

10. Class Action/Collective Action Items

The parties request that they be permitted to advise the Court after written discovery and upon the completion of ADR/neutral assessment process as to any briefing schedule on class and/or collective action issues.

11. Discovery Management

See items 5, 7 and 8, above.

    12.-13. <u>Pretrial Conference & Trial Dates</u>

    The parties propose including these items in a supplemental scheduling order if

the matter does not resolve after written discovery and ADR.


_____/s/_____          _____/s/_____
Douglas W. Desmarais (DC Bar #423228)     Barbara E. Nicastro (DC #428563)
Smith & Downey, PA                        Law Offices of Barbara E. Nicastro
One West. Penn. Ave. – Suite 950          4414 North Nineteenth Street
Baltimore, Maryland 21204                 Arlington, Virginia 22207
410.321.9000                              703.841.0740
                                          *Attorney for Defendant*


_____/s/_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 210
Baltimore, Maryland 21205
410.296.3030
Attorneys for Plaintiff