# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** | * | |
| Plaintiff | * | |
| | * | Civil Action: 1:06CV00106 |
| v. | * | Judge Gladys Kessler |
| | * | |
| **HOWARD UNIVERSITY HOSPITAL** | * | |
| Defendant | * | |

## ORDER

Upon consideration of the parties Local Rule 16 submission, it is hereby ORDERED that:

1. the parties are to promptly commence written discovery (interrogatories and requests for production of documents);

2. upon completion of the written discovery a stay will issue so that the parties may submit this matter to ADR and a neutral assessment; and

3. this Court shall refer this matter to ADR and a neutral assessment consistent with the above items.

_____
U.S.D.J.  Gladys Kessler                    dated