IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI <br> Plaintiff <br><br> v. <br><br> HOWARD UNIVERSITY HOSPITAL <br> Defendant | * <br> * <br> * Civil Action No. 06-106(GK) <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties to this lawsuit respectfully submit this Joint Motion to Modify Scheduling Order and, in support, states:

1. Plaintiff has asserted claim for owed overtime wages and wages for hours worked, but not paid. Defendant has denied the allegation and raised affirmative defenses.

2. The parties have engaged in timely and extensive written discovery (interrogatories, document requests and requests for admissions).

3. There are several outstanding written discovery disputes relating to the permissible scope of discovery for the possible class and class action components of this case.

4. The parties have resolved some of the disputes. However, several remain and the parties are endeavoring to resolve these disputes, without court intervention, by no later than June 15, 2006. If the disputes cannot be resolved, the parties anticipate filing the appropriate motion by no later than June 22, 2006.

5. The parties believe that additional written discovery may be needed after the disputes are resolved. Therefore, the parties request the following modification to the Court's March 16, 2006 Scheduling Order.

| Item | Present Date | Requested Modified Date |
|---|---|---|
| Written discovery closes | June 15, 2006 | July 15, 2006 |
| Praecipes to Court re: class certification and ADR methods | July 1, 2006 | August 1, 2006 |

6. The parties have not previously asked for a modification to the Scheduling Order.

7. Effective and efficient case management will be served if the requested modification is granted.

8. The requested modification will not impact on any other Court dates in this matter.

9. The parties consent to a ruling on this Joint Motion without a hearing in the interests of judicial economy.

10. The parties stand ready to answer any questions that the Court may have about this matter.

_____
Douglas W. Desmarais (DC Bar #423228)
Smith & Downey, PA
One West Penn. Ave. – Suite 950
Baltimore, Maryland 21204
410.321.9000

_____
Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21205
410.296.3030
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** <br> Plaintiff <br> <br> v. <br> <br> **HOWARD UNIVERSITY HOSPITAL** <br> Defendant | * <br> * <br> * Civil Action No. 06-106(GK) <br> * <br> * <br> * <br> * |

## ORDER

This Court, upon consideration of the parties Joint Motion to Modify Scheduling Order, hereby ORDERS that:

1. Written discovery closes in this matter on July 15, 2006 and

2. The parties shall submit to Praecipes to Court regarding class certification issues and possible ADR methods no later than August 1, 2006.

_____
U.S. District Judge Gladys Kessler                    dated