IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** <br> Plaintiff <br><br> v. <br><br> **HOWARD UNIVERSITY HOSPITAL** <br> Defendant | * <br> * <br> * Civil Action No. 06-106(GK) <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT CONSENT MOTION FOR STIPULATED ORDER REGARDING CONFIDENTIALITY OF DISCOVERY MATERIAL

The parties to this action respectfully submit this Joint Consent Motion and, in support, state:

1. This dispute primarily involves claims relating to violations of Federal and District of Columbia wage and hour laws. Liability is disputed by the Defendant.

2. The parties have engaged in written discovery and have endeavored to resolve discovery disputes without Court intervention.

3. Plaintiff has sought discovery seeking employment information for alleged similarly situated employees. Defendant is concerned about the release of information that may be considered personal and confidential.

4. In order to resolve this dispute, the parties have agreed to ask the Court to approve of a Stipulated Order Regarding Confidentiality of Discovery Material.

5. The parties jointly submit the attached proposed Stipulated Order Regarding Confidentiality of Discovery Material for the Court's consideration.

6. The parties consent to a ruling on this Joint Consent Motion without a hearing in the interests of judicial economy.

5. <u>Return of Confidential Material at Conclusion of Litigation.</u> At the conclusion of the litigation, all material treated as confidential under this Order and not received in evidence shall be returned to the originating party. If the parties so stipulate, the material may be destroyed instead of being returned. The Clerk of the Court may return to counsel for the parties, or destroy, any sealed material at the end of the litigation, including any appeals.

6. <u>Duration of Stipulation.</u> This Stipulation shall terminate upon the entry of the agreed-upon Stipulated Order Regarding Confidentiality of Discovery Material submitted to the United States District Court for the District of Columbia by the parties, and all documents covered by this Stipulation shall remain protected under the provisions of that Order.

*Agreed & Accepted to by the Parties:*

_____
Douglas W. Desmarais (DC Bar #4____8)
Smith & Downey, PA
One West Penn. Ave. – Suite 950
Baltimore, Maryland 21204
410.321.9000

_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21205
410.296.3030
*Attorneys for Plaintiff*

_____
Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

5