## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** | * |
| Plaintiff | * |
| | * Civil Action No. 06-106(GK) |
| v. | * |
| | * |
| **HOWARD UNIVERSITY HOSPITAL** | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ERRATA FOR

JOINT CONSENT MOTION FOR STIPULATED ORDER REGARDING
CONFIDENTIALITY OF DISCOVERY MATERIAL

On June 27, 2006, Plaintiff filed a two-page Joint Consent Motion for Stipulated

Order Regarding Confidentiality of Discovery Material.

Plaintiff's office inadvertently scanned in the wrong page as the second page of

the Joint Consent Motion.

The correct second page is attached hereto. Undersigned counsel apologizes for

this inconvenience.

_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 201
Baltimore, Maryland 21205
410.296.3030
*Attorneys for Plaintiff*