IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** | * |
| Plaintiff | * |
| | * Civil Action No. 06-106(GK) |
| v. | * |
| | * |
| **HOWARD UNIVERSITY HOSPITAL** | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT REQUEST TO MODIFY SCHEDULING ORDER

The parties to this lawsuit respectfully submit this Joint Motion to Modify Scheduling Order and, in support, states:

1. Plaintiff has asserted claim for owed overtime wages and wages for hours worked, but not paid. Defendant has denied the allegation and raised affirmative defenses.

2. The parties have engaged in timely and extensive written discovery (interrogatories, document requests and requests for admissions).

3. The parties have resolved the discovery disputes between them and have, with the consent of this Court, reached agreement as to the handling and designation of confidential documents.

4. A scheduling conflict has arisen between the parties regarding Plaintiff's counsel's ability to review documents at Defendant's offices due to construction and renovation of the offices in which the documents are located and the inaccessibility of the applicable documents during the initial time period (July 19 and 20, 2006) requested by Plaintiff. The date offered by Defendant as the earliest on which the documents can be assured to be accessible (July 28, 2006) will not give Plaintiff's counsel sufficient time to review and analyze those

documents in accordance with the deadlines presently set by the Court for further action.

5. Accordingly, the parties require ten (10) days' additional time from the present deadline of August 1, 2006 in which to file praecipes to the Court regarding class certification and ADR resolution.

6. Therefore, the parties request the following modification to the Court's most recent Scheduling Order.

| Item | Present Date | Requested Modified Date |
|---|---|---|
| Praecipes to Court re: class certification and ADR methods | August 1, 2006 | August 15, 2006 |

7. Effective and efficient case management will be served if the requested modification is granted.

8. The requested modification will not impact on any other Court dates in this matter.

9. The parties stand ready to answer any questions that the Court may have about this matter.

_____/s/_____
Douglas W. Desmarais (DC Bar #423228)
Smith & Downey, PA
One West Penn. Ave. – Suite 950
Baltimore, Maryland 21204
410.321.9000

_____/s/_____
Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

_____/s/_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 210
Baltimore, Maryland 21205
410.296.3030
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UZOCHUKWUAMAKA PEACE NNAMCHI**   \*
Plaintiff                          \*
                                   \* Civil Action No. 06-106(GK)
vi.                                \*
                                   \*
**HOWARD UNIVERSITY HOSPITAL**     \*
Defendant                          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This Court, upon consideration of the parties' Joint Motion to Modify Scheduling Order, hereby ORDERS that the parties shall submit Praecipes to the Court regarding class certification issues and possible ADR methods not later than August 15, 2006.

_____          Dated: _____ 2006
U.S. District Judge Gladys Kessler