UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED  :
TRADES INDUSTRY PENSION FUND,      :
                                   :
            **Plaintiff,**         :
                                   :
     v.                            :   Civil Action No. 06-131 (GK/JMF)
                                   :
MIDWEST DRYWALL CO., INC.,         :
                                   :
            **Defendant.**         :

## ORDER

Upon consideration of the Parties' submission of their Joint Status Report, this case is **stayed** until **November 1, 2006**. The Parties are to inform the Court by praecipe when they complete the early neutral evauation process with Magistrate Judge Facciola.

July 14, 2006                    /s/
                                 Gladys Kessler
                                 United States District Judge

**Copies via ECF to all counsel of record**