# EXHIBIT 1



# Lebau & Neuworth, LLC

606 Baltimore Avenue, Suite 201 ❖ Baltimore, Maryland 21204 ❖ 410.296.3030 *phone* ❖ 410.296.8660 *fax*

STEPHEN B. LEBAU
RICHARD P. NEUWORTH
ANNA L. JEFFERSON
MARY ANN RYAN, *of Counsel*

Prince George's County Office:
379 Main Street
Laurel, Maryland 20707

August 1, 2006

Via email & U.S. Mail
Barbara E. Nicastro, Esquire
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207

**Re: Nnamchi v. HUH – Discovery**

Dear Barbara:

Co-counsel and I reviewed documents at HUH last Friday.

## I.  Deficient Document Production

We believe the document production to be seriously deficient for the following reasons.

First, there were no w-2s or 1099's produced for any of the per diem nurses whom worked for Howard at any time during the three year period preceding the filing of the federal court complaint. I had asked for and expected the documents to be produced. All such documents should be produced promptly – by the end of this week.

Second, there were numerous personnel files missing for the requested three-year period for the per diem nurses. Specifically only the personnel files for the following employees were produced:

| | | | |
|---|---|---|---|
| Amber, D. | Raymond, Paulette | Shembula, Hanna | Ngati, Beatirce |
| Keary, F. | Arrington, J. | McKnight, A. | Dalrymple, Patricia |
| Adeleye, B. | Reyes, Elizabeth | Obiaujunwa, Ada | Moore, Sandra |
| Mpi, M | Salamato, Koroma | Tan, Teresita | Saheed, Tunde |
| Egege, Ngoi | Ba, Ousanne | Songalia-Jefferies, Marie | Wright, Rossana |
| Takawa, D. | Atta, Oby | | Darby, Ernestine |
| Merga, Astode | Dugue, Michele | Mishael, Gayle | Latouch, Evita |

1

| | | | |
|---|---|---|---|
| Malbon. Louse | Barrington, Samuda | Olukemi | Fabienne, Jena Louis |
| Yansaneh, Adiatu | Sanni, Adebisi | Salvador, Madelyn | Valtertine, Paul |
| Getahun, Amy | Edwards, Johanna | Zerai, Azmera | Worthington, Ralphie |
| Koroma, Salamatu | Proctor, Tianna | Walter, Delorah | Lloyd, Amy |
| Getahan, Mebrat | Eburuoh, Bernadine | Leppay, Omar | Ceasar Fisher, Waida |
| Baluyot, Josie | Dalyrmple, Patricia | Neath, Deniese | Lumpkins, Frenchie |
| Ashire, Ramoni | Vanderpaige, Dorothy | Benn, Suzanne | Jefferson, Evere |
| Wright, Emma | MccCoy, L. | Madarajan, Amanth | Duncan, Gertrude |
| Wright, Rosenna | Biakye-Dankwa, Theresa | Salvador, Madelyn | Kingsley, Juliet |
| Aladejebi, Folake | | Gann, Kathleen | Ebguonu, Nkiruka |
| Ekanem, Veronica | Asseta, Melet | Palmer, D. | Wise, Carol |
| Mulrain, J. | Anyaibe, Beatrice | Dominque, Camelite | Amenu, Abonesh |
| Ifeoma, Ajemba | Hong, Bo | Partlow, Iris | Nichie, Douglas |
| Mwaura, Catherine | Feleke, Tschary | Aranas, Victoria | Kissa, Robinson |
| Shomade, Albert | Erharbor, Onos? | Garting, Manuel | Gardner, Sheree |
| Suyat, Loretta | Grering, Jacob | LaVelle, Edna | Pinn, Mary |
| Oloyede, Omowunmi | Omorodion, Ehious? | Brewington, Jacqueline | Sorianna, Eramie |
| Jackson, Raliegh | Knigge, W, | Tompkins, Sara | Brown, Alquietta |
| Shenette, Twilda | Habtemarien, Marsheet | Deriggs-Bedward, Dahlis | Stewart, Lorraine |
| Hunter, Antonette | Alston, Abera | | Sarnoe, Trokon |
| Doran, Sharon | Akew, Natalie | Gibson, Hallie | Amponsa, Christine |
| Victoria, P. | Zerai, Azmera | Malton, Esther | Vessel, Tonia |
| Danet, Francine | Deloach, Walter | Mialton, Linda | Fon, Susan |
| Ashaki-Robinson, Tiombe | Lappay, Omar | Kamara, Numu | Saheed, Tunde |
| | Neath, Denise | Reynolds, Crystal | Atolagbe, Lidia |
| Commissionig, Shirley | Benn, Suzanne | Roundtree, Ifetay | |
| Desgoutte, Vilda | Madarayan, Amatha | Kingsberry, Kiyaune | |
| Mariama, Jalloh | Ogunmukinwa, | Meizins, Jennifer | |

The personnel files were not produced in any organized fashion. You will see that, by comparing the information that HUH submitted to the U.S. Department of Labor, there are numerous employees for whom HUH has not produced any personnel files. All personnel files should be produced promptly. Also, for some it was not readily apparent what were the first and last names for the individuals.

Third, there were no disciplinary records or other documents in any of the personnel files that were produced. Such documents were to be produced and were represented to be contained within the personnel files. Please make the appropriate inquiries about this.

II.    **Time Pay/Records**

There were two partial boxes of some pay and time records. We need copies of all those documents so we can determine the extent of missing items. It appears that time records for numerous employees and pay records were not included. Again, all such documents for the three-year period for all per diem nurses were to be produced.

Please advise us of the cost per page for the copying.

2

### III. Status of the Case & Discovery

Since there appears to be a significant amount of documents that still needs to be produced, we will need to advise the Court of that in our status report. I am willing to not yet file a motion to compel and to seek all other appropriate relief due to the incomplete production. However, to do so, I would need HUH to agree to a tolling agreement for all possible collective action members whom may opt-in the case. I can provide a sample agreement for your consideration. Please get back to me on this as soon as possible.

Thank you.

Yours truly,

Stephen B. Lebau

Cc: Richard Hackman, Esquire

3