# EXHIBIT 3

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | <rhackman@mail.smithdowney.com> |
| **Sent:** | Wednesday, September 06, 2006 1:53 PM |
| **Subject:** | Nnamachi//HUH 9.6.06 - document inspection |

Barbara:

We do need to schedule the next inspection of documents. Please provide possible dates and times.

Also, is HUH segregating those documents we have already marked for copying from our inspection.

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel.  410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE:  THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE.  IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL.  IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Sent:** | Friday, September 15, 2006 10:56 AM |
| **Subject:** | 9.15.06nnamchi//HUH - document production |

Barbara - I do need to know the status re document inspection - it was to be during the week of 9.18.06. Thx,

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

**From:**   "Steve Lebau" <sl@joblaws.net>
**To:**     <BNicastro@aol.com>
**Cc:**     <rhackman@mail.smithdowney.com>
**Sent:**   Wednesday, September 20, 2006 8:13 AM
**Subject:**   document inspection status 9.20.06

Please advise me of the status of the document production that was to occur this week. Do we need to get court involvement?

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE:  THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE.  IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL.  IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | "Rick Hackman" <rhackman@smithdowney.com> |
| **Sent:** | Friday, September 22, 2006 8:56 AM |
| **Subject:** | nnamchi//huh 9.22.06 via email and fax |

Barbara:

I have not received any response from you to my last 3 emails over the past two weeks. The document inspection was set to take place at Howard this week. The delays are prejudcing my client and potential class and collective action members. Unless I hear back from you by noon, on Monday, September 25th, we will have no choice but to bring this matter to the Court's attention and to seek all appropriate relief. The document production must be scheduled immediately and consistent with my schedule. I cannot accomodate Howard's delays and apparent stonewalling any further. Thank you.

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATELY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | "Rick Hackman" <rhackman@smithdowney.com> |
| **Sent:** | Thursday, September 28, 2006 9:17 AM |
| **Subject:** | Re: Document review9.28.06 |

I do need that confirmation very very soon, by COB tomorrow, thx

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE:  THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE.  IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL.  IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

----- Original Message -----
**From:** BNicastro@aol.com
**To:** sl@joblaws.net
**Sent:** Tuesday, September 26, 2006 12:16 PM
**Subject:** Document review

Steve,

October 5 is all right, but will have to start at 11, not 10.  I am having them confirm that all the documentary information you asked for in your email today will be provided.

Best,

Barbara

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | <rhackman@mail.smithdowney.com> |
| **Sent:** | Thursday, September 28, 2006 2:34 PM |
| **Attach:** | AAProgress Report.word august 10 2006.pdf |
| **Subject:** | 9.28.06 -Amended Progress Report to Court? |

Barbara:

Thank you. I do believe you should efile an amended report on progress now or very shortly after October 5th, advising court of modified dates and everything should be pushed back another four weeks. Our last filing is attached.

I understand from your email that the 1099s, w-2s, discipline documents, and time records/sheets/etc will be available on October 5th.


steve


LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATELY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

----- Original Message -----
**From:** BNicastro@aol.com
**To:** sl@joblaws.net
**Sent:** Thursday, September 28, 2006 1:27 PM
**Subject:** Confirmation of Documents' availability

Steve,

I have been told by HU that there are two people working solely on the task of getting the documents together for October 5th. They believe that they will have all the documents ready for your review by then. It is my understanding that they now have all non-payroll materials together and will be working on the payroll section today and tomorrow. This portion should be available by October 5th as well.

Barbara

## Steve Lebau

**From:** "Steve Lebau" <sl@joblaws.net>
**To:** <BNicastro@aol.com>
**Cc:** <rhackman@mail.smithdowney.com>; <peace_nnamchi@yahoo.com>
**Sent:** Tuesday, October 03, 2006 1:58 PM
**Subject:** 10.3.06nnamchi -document inspection

Barbara:

I do need confirmation by noon tomorrow (10.4.06) if all of the responsive information (w-2s, 1099s, discipline, payroll records, hours worked records) will be available this Thursday. thank you.

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

**From:**    "Steve Lebau" <sl@joblaws.net>
**To:**      <BNicastro@aol.com>
**Cc:**      "Rick Hackman" <rhackman@smithdowney.com>; "Peter Pedersen" <kocancerplp@yahoo.com>
**Sent:**    Wednesday, October 04, 2006 2:23 PM
**Subject:** howard inspection10.4.06

Barbara - I just recevied your message that discipinary documents would **not** be available for inspection tomorrow even though Howard has had months to get the documents together. I will not make another trip and will only inspect **when all responsive documents are available for inspection**.. Howard's conduct is not acceptable. Unless all responsive documents are available for me to inspect **when I want next week (Tuesday through Friday)**, we will file a motion with the court on Monday no later than 3:00 pm, seeking appropriate relief. Howard has had months to produce, and represented to court that all documents would be produced nearly a month ago.

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIy NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | <rhackman@mail.smithdowney.com>; <peace_nnamchi@yahoo.com>; "Anna Jefferson" <aj@joblaws.net> |
| **Sent:** | Wednesday, October 04, 2006 2:37 PM |
| **Subject:** | Re: howard inspection10.4.06 |

Barbara: I will decide how long it will take to review documents - please ensure that we can inspect **all responsive documents** commencing no later than 9:15 a.m. on Wednesday, October 11th. I will have at least one other lawyer with me and perhaps a legal assistant.


steve

LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

----- Original Message -----
**From:** BNicastro@aol.com
**To:** sl@joblaws.net
**Sent:** Wednesday, October 04, 2006 2:35 PM
**Subject:** Re: howard inspection10.4.06

Steve,

I have been told that there are more documents than you will be able to review during the time you will have tomorrow. Therefore, I don't see the need to abort tomorrow's planned inspection, since it sounds as if a) you would have to have made another trip anyway; b) the documents that will not be available because I have to inspect them sound as if they will be able to be reproduced (absent any privileged ones) and sent to you.

I understand your frustration, but you are not going to be traveling here for only an hour or two of work. Furthermore, Howard has sought to produce these documents as part of numerous productions it is making on other litigation and matters requiring the attention of the staff and departments that are involved in this production. The scope of your requests have been agreed to despite our contention that they are more broad than we believe would be enforced by the court. Due to that scope, the sheer volume of the work that had to be done to get us to this point is what has delayed matters.

I would suggest that you reconsider your decision not to come to Howard tomorrow. Please call me if you wish to discuss.

Barbara