# EXHIBIT 4

# Steve Lebau

| | |
|---|---|
| **From:** | "Steve Lebau" <sl@joblaws.net> |
| **To:** | <BNicastro@aol.com> |
| **Cc:** | "Rick Hackman" <rhackman@smithdowney.com>; <peace_nnamchi@yahoo.com> |
| **Sent:** | Thursday, October 12, 2006 12:22 PM |
| **Subject:** | HUH document production 10.12.06 |

Barbara:

We reviewed what documents were available at HUH yesterday. We were told all documents that were responsive to our requests (personnel files, W-2, 1099s, payroll records, time sheets for 2003, 2004, 2005 )were produced. We were told that no other documents exist anymore.

We will need the contact information for the nurses. Therefore, we ask that HUH keep the personnel files and/or other records in such a way that we can be provided that necessary contact information at the appropriate time. The only other option would be for HUH stuff to photocopy each and every personnel file document has contact information on it and then to produce all such documents. Please advise how HUH wants to handle that.

Also, I do need to know an approximate date whent the copies of the documents we requested will be ready for us.

Lastly, due to HUH delays in production, we do need to advise the court of that production has now been completed and ask for the schedule to be moved back 6 weeks. I believe HUH should be responsible for this filing.

thx.

steve


LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

## Steve Lebau

**From:** "Steve Lebau" <sl@joblaws.net>
**To:** <BNicastro@aol.com>
**Cc:** <rhackman@mail.smithdowney.com>
**Sent:** Thursday, October 12, 2006 3:33 PM
**Attach:** AAProgress Report.word august 10 2006.pdf
**Subject:** HUH latest pleading -

Motion needs to be filed by COB tomorrow, I will be in only until 11:30 a.m.


steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

> ----- Original Message -----
> **From:** BNicastro@aol.com
> **To:** sl@joblaws.net
> **Sent:** Thursday, October 12, 2006 1:24 PM
> **Subject:** email
>
> steve,
>
> I'm out of town for about 4-5 days on family matters and don't have access to my files. can you email me a copy of the last pleading we filed with the court?
>
> am checking with HUH on the other stuff.
>
> thanks.
>
> barbara