# EXHIBIT 5

Case 1:06-cv-00106-GK    Document 15-6    Filed 10/13/2006    Page 1 of 2

# Steve Lebau

**From:** <bnicastro@aol.com>
**To:** <sl@joblaws.net>
**Sent:** Friday, October 13, 2006 10:51 AM
**Subject:** Re: 10.13.06 status

steve, am on the road and just got to a computer! Have not been able to do that since yesterday at noon. Yes, you can go and file. Don't have time to do it now since will have to go do things with daughter at her college weekend. Just be as objecive as you can in describing HU delays.

will be at computer again @ 3- 3:15.

B


-----Original Message-----
From: sl@joblaws.net
To: BNicastro@aol.com
Cc: rhackman@mail.smithdowney.com
Sent: Fri, 13 Oct 2006 8:41 AM
Subject: 10.13.06 status

Barbara: Are you going to prepare the motion/status report, if not and I have to file today, I will have to set forth in detail HUH activities and delays. I do need to hear back from you by no later than 11:00 a.m., thx

steve
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue - #201
Baltimore, Maryland 21204
tel. 410.296.3030
fax. 410.296.8660

IMPORTANT NOTICE: THIS TRANSMISSION IS INTENDED TO BE DELIVERED ONLY TO THE NAMED ADDRESSEE, AND MAY CONTAIN MATERIAL THAT IS CONFIDENTIAL, PROPRIETARY OR SUBJECT TO LEGAL PROTECTION OR PRIVILEGE. IF IT IS RECEIVED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, THE RECIPIENT SHOULD IMMEDIATEIY NOTIFY THE SENDER AT THE ADDRESS AND TELEPHONE NUMBER SET FORTH HEREIN AND OBTAIN INSTRUCTIONS AS TO THE DISPOSAL OF THE TRANSMITTED MATERIAL. IN NO EVENT SHOULD SUCH MATERIAL BE READ OR RETAINED BY ANYONE OTHER THAN THE NAMED ADDRESSEE, EXCEPT BY EXPRESS AUTHORITY OF THE SENDER OR THE NAMED ADDRESSEE.

**Check out the new AOL.** Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.