IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI * | |
| Plaintiff * | |
| * Civil Action No. 06-106(GK) | |
| v. * | |
| * | |
| HOWARD UNIVERSITY HOSPITAL * | |
| Defendant * | |

*********************************************************************

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATUS REPORT TO COURT**

Defendant Howard University Hospital, by counsel, hereby states that it has no objection to Plaintiff's Status Report to Court and Request for Modification of Scheduling Order filed with this Court on Friday, October 13, 2006 and joins with Plaintiff's counsel in requesting the modifications set forth in that pleading.

Respectfully submitted,

_____/s/_____
Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on the following counsel for Plaintiff by e.mail, by this document being filed and by Fist Class U.S. Mail Postage Prepaid this 19th day of October 2006:

Stephen B. Lebau, Esq.
Lebau & Neuworth, LLC
606 Baltimore Avenue-201
Baltimore, MD 21204

_____/s/_____
Barbara E. Nicastro (DC #428563)