IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI   ) | |
|     **Plaintiff**                                    ) | |
|                                                   ) | |
|        **v.**                                         ) | Civil Action No. 06-106(GK) |
|                                                   ) | |
| **HOWARD UNIVERSITY HOSPITAL**        ) | |
|                                                   ) | |
|     **Defendant**                                      ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES' JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Uzochukwuamaka Peace Nnamchi and Defendant Howard University Hospital, by their respective counsel, move this court to extend deadlines as set forth in paragraph 4 of this motion. In support of their motion, the parties submit the following:

1.   The Parties have completed their written discovery, have resolved any discovery disputes that have arisen and have reached agreement as to the handling and designation of confidential documents.

2.   The Parties have served deposition notices upon each other and have set tentative dates for those depositions through the end of January. A number of the individuals sought to be deposed by Plaintiff are individuals who are no longer employed by Howard University. One individual whom Plaintiff also seeks to depose is, to Defendant=s knowledge and believe, incarcerated. Defendant is seeking to obtain valid addresses for those individuals for Plaintiff. The Parties agree that these depositions will be lengthy and costly to both parties.

3.   The Parties have sought to engage in discussions regarding settlement. While those discussions have not been successful to date, the parties believe that it is advisable to engage in further settlement discussions before engaging in protracted and costly depositions.

4.	The Parties would ask the Court to extend the deadline for depositions for the purpose of ascertaining whether, and to what extent, class certification is appropriate, through March 15, 2007, with the Parties providing the Court with a written report ten days thereafter, containing their recommendations relating to the whether this case is appropriate for class certification as well as their suggestions as to the nature of appropriate alternative dispute resolution methods that would best suit the claims in this case.

Respectfully submitted, this 25th day of January, 2007,

_____/s/_____
Douglas W. Desmarais (DC Bar #423228)
Smith & Downey, PA
One West Penn. Ave. – Suite 950
Baltimore, Maryland 21204
410.321.9000

_____/s/_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 210
Baltimore, Maryland 21205
410.296.3030
Attorneys for Plaintiff

_____/s/_____
Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI )<br>    **Plaintiff** )<br>)<br>    **v.** )<br>)<br>**HOWARD UNIVERSITY HOSPITAL** )<br>)<br>    **Defendant** ) | **Civil Action No. 06-106(GK)** |

*************************************************************************

### ORDER EXTENDING DEADLINES

The Court, having heard the representations of the parties in support of their joint Motion to Extend Deadlines, and good cause having been shown, it is hereby

ORDERED that the deadlines for depositions in this case is hereby extended through March 15, 2007; and it is further

ORDERED that not later than March 26, 2007, the parties shall submit to the Court a written report regarding whether, and to what extent, class certification is appropriate.

Dated: _____, 2007            _____
                                                                United States District Judge

Copies to:

Douglas W. Desmarais (DC Bar #423228)
Smith & Downey, PA
One West Penn. Ave. – Suite 950
Baltimore, Maryland 21204
410.321.9000

Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue – Suite 210
Baltimore, Maryland 21205
410.296.3030
Attorneys for Plaintiff

Barbara E. Nicastro (DC #428563)
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703.841.0740
*Attorney for Defendant*

Case 1:06-cv-00106-GK    Document 19    Filed 01/25/2007    Page 4 of 4