IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI )<br>    Plaintiff )<br> )<br>    v. )<br> )<br>HOWARD UNIVERSITY HOSPITAL )<br> )<br>    Defendant ) | Civil Action No. 06-106(GK) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES' JOINT STATUS REPORT TO COURT**

Plaintiff Uzochukwuamaka Peace Nnamchi and Defendant Howard University Hospital, by their respective counsel, submit the following Joint Status Report to the Court:

1. The Parties have completed their written discovery, have resolved any discovery disputes that have arisen and have reached agreement as to the handling and designation of confidential documents.

2. The Parties have served deposition notices upon each other and have set tentative dates for those depositions through the end of January. A number of the individuals sought to be deposed by Plaintiff are individuals who are no longer employed by Howard University. One individual whom Plaintiff also seeks to depose is, to Defendant's knowledge and belief, incarcerated. Defendant is seeking to obtain valid addresses for those individuals for Plaintiff. The Parties agree that these depositions will be lengthy and costly to both parties.

3. The Parties have sought to engage in discussions regarding settlement. While those discussions have not been successful to date, the parties believe that it is advisable to engage in further settlement discussions before engaging in protracted and costly depositions.

4.       The Parties would ask the Court to extend the deadline for depositions for the purpose of ascertaining whether, and to what extent, class certification is appropriate, through March 15, 2007, with the Parties providing the Court with a written report ten days thereafter, containing their recommendations relating to the whether this case is appropriate for class certification as well as their suggestions as to the nature of appropriate alternative dispute resolution methods that would best suit the claims in this case.

Respectfully submitted, this 25th day of January, 2007,

_____/s/_____  
Douglas W. Desmarais (DC Bar #423228)  
Smith & Downey, PA  
One West Penn. Ave. – Suite 950  
Baltimore, Maryland 21204  
410.321.9000  

_____/s/_____  
Stephen B. Lebau  
Lebau & Neuworth, LLC  
606 Baltimore Avenue – Suite 210  
Baltimore, Maryland 21205  
410.296.3030  
Attorneys for Plaintiff

_____/s/_____  
Barbara E. Nicastro (DC #428563)  
Law Offices of Barbara E. Nicastro  
4414 North Nineteenth Street  
Arlington, Virginia 22207  
703.841.0740  
*Attorney for Defendant*