IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UZOCHUKWUAMAKA PEACE NNAMCHI: :
    Plaintiff :
  :
    v. : Civil Action: 1:06CV00106
  : Judge Gladys Kessler
HOWARD UNIVERSITY HOSPITAL :
    Defendant :

### PARTIES= JOINT STATUS REPORT TO COURT

Plaintiff Uzochukwuamaka Peace Nnamchi and Defendant Howard University Hospital, by their respective counsel, submit the following Joint Status Report to the Court:

1. The Parties have agreed on settlement terms for this case and have negotiated a written Settlement Agreement and Release that is being executed by the Parties.

2. The Parties believe the all of the terms and conditions of the Settlement Agreement and Release will be satisfied in the next 30-60 days, at which point the Parties will file with this Court a Joint Motion to Dismiss with Prejudice.

3. The Parties request this Court stay all deadlines in this case until May 25, 2007 in order to permit the final steps in the resolution of this case to take place.

Respectfully submitted, this 26th day of March, 2007,

| /s/ | /s/ |
|---|---|
| Douglas W. Desmarais (DC Bar #423228) | Barbara E. Nicastro (DC #428563) |
| Smith & Downey, PA | Law Offices of Barbara E. Nicastro, Esq. |
| One West Penn. Ave. B Suite 950 | 4414 North Nineteenth Street |
| Baltimore, Maryland 21204 | Arlington, Virginia 22207 |
| 410.321.9000 703.841.0740 | |
| | Attorney for Defendant |

1

_____/s/_____
Stephen B. Lebau
Lebau & Neuworth, LLC
606 Baltimore Avenue B Suite 210
Baltimore, Maryland 21205
410.296.3030
Attorneys for Plaintiff