UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 06-106 (GK) |
| : | |
| **HOWARD UNIVERSITY HOSPITAL,** : | |
| : | |
| **Defendant.** : | |

### **O R D E R**

The parties have filed a Joint Status Report requesting a stay of all deadlines in this case. Upon consideration of the Status Report, it is hereby

**ORDERED** that all deadlines in this case are **stayed** until **May 25, 2007** to allow the parties to pursue resolution of the case.

April 10, 2007                                /s/
                                             Gladys Kessler
                                             U.S. District Judge

**Copies to**: attorneys on record via ECF