IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UZOCHUKWUAMAKA PEACE NNAMCHI: <br>     Plaintiff                                                  : <br>                                                        : <br>         v.                                               : <br>                                                       : <br> HOWARD UNIVERSITY HOSPITAL    : <br>     Defendant                                       : <br>                                                   : | Civil Action: 1:06CV00106 <br> Judge Gladys Kessler |

**JOINT CONSENT MOTION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel, notify the Court that the above-referenced case has been settled and a Settlement Agreement has been executed. Accordingly, the parties move this Court to dismiss Plaintiff's Complaint with prejudice, subject to the terms of the written settlement agreement entered into between the parties.

Respectfully submitted, this 30th day of April, 2007,

/s/
Stephen B. Lebau, Esq.
Lebau & Neuworth, LLC
606 Baltimore Avenue - 201
Baltimore, Maryland 21204
410.296.3030; 410.296.8660 (fax)
Attorneys for Plaintiff

/s/
Barbara E. Nicastro, Esquire #428563
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207
703-841-0740; 703-841-0894 (fax)
Attorney for Defendant