# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UZOCHUKWUAMAKA PEACE NNAMCHI** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
|     **v.** | ) | **Civil Action No. 1:06CV00106** |
| | ) | **Judge Gladys Kessler** |
| **HOWARD UNIVERSITY HOSPITAL** | ) | |
| | ) | |
|     **Defendant** | ) | |

**************************************************************************

## ORDER DISMISSING CASE WITH PREJUDICE

ORD

    The parties, having notified this Court that this action has been settled, and having jointly

moved for the dismissal the Complaint with prejudice, it is hereby

    RDERED the Complaint in this matter is hereby dismissed with prejudice, subject to the

terms of the written settlement agreement entered into between the parties.


Dated: _____, 2007        _____

                                                      Honorable Gladys Kessler
                                                     United States District Judge


Copies to:

Stephen B. Lebau, Esq.
Lebau & Neuworth, LLC
606 Baltimore Avenue - 201
Baltimore, Maryland 21204

Attorney for Plaintiff

Barbara E. Nicastro, Esquire
Law Offices of Barbara E. Nicastro
4414 North Nineteenth Street
Arlington, Virginia 22207

Attorney for Defendant